UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10112-RGS |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| 1.  JUSTIN TEAL, | ) | 21 U.S.C. § 841(a)(1) -- |
| | ) | Distribution of Cocaine |
| 2.  KARL THOMPSON, | ) | Base |
| | ) | |
| 3.  ABLOLOM WOLDESLASSIE, | ) | 18 U.S.C. § 2 -- |
| a/k/a "BREEZE;" and | ) | Aiding and Abetting |
| | ) | |
| 4.  ROLAND WORRELL, | ) | 21 U.S.C. § 860(a) - Playground |
| | ) | Zone Violation |
| Defendants. | ) | |
| | ) | 21 U.S.C. § 861(a) - Use of a |
| | ) | Juvenile |

INDICTMENT

COUNT ONE:     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
               Base; 21 U.S.C. § 860(a) --Playground Zone
               Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury charges that:

On or about July 1, 2003, at Boston, in the District of Massachusetts,

    1.  JUSTIN TEAL and
    4.  ROLAND WORRELL,

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections

841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

COUNT TWO:     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
               Base; 21 U.S.C. § 860(a) -- Playground Zone
               Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about July 8, 2003, at Boston, in the District of Massachusetts,

    1.   JUSTIN TEAL,
    3.   ABLOLOM WOLDESLASSIE, a/k/a "BREEZE," and
    4.   ROLAND WORRELL,

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT THREE</u>:   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about July 8, 2003, at Boston, in the District of Massachusetts,

    3.    ABLOLOM WOLDESLASSIE, a/k/a "BREEZE," and
        4.    ROLAND WORRELL,

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

**COUNT FOUR:**   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation)

The Grand Jury further charges that:

On or about July 23, 2003, at Boston, in the District of Massachusetts,

1.   **JUSTIN TEAL**,

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a).

**COUNT FIVE:**   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about August 14, 2003, at Boston, in the District of Massachusetts,

    1.  JUSTIN TEAL,
    2.  KARL THOMPSON and
    3.  ABLOLOM WOLDESLASSIE, a/k/a "BREEZE,"

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

<u>COUNT SIX</u>:        (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                Base; 21 U.S.C. § 861(a) -- Use of a Juvenile; 18
                U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about August 14, 2003, at Boston, in the District of Massachusetts,

    1.    **JUSTIN TEAL** and
    2.    **KARL THOMPSON**

defendants herein, then being persons at least eighteen years of age, did knowingly and intentionally employ, hire, use, persuade, induce and entice a person, who was then under eighteen years of age, to violate Title 21, Section 841(a)(1), to wit: to knowingly and intentionally distribute a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, as alleged in Count Six of this Indictment, which is incorporated herein by reference.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a) and Title 18, United States Code, Section 2.

**COUNT SEVEN:**   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 21 U.S.C. § 861(a) -- Use of a Juvenile; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about September 11, 2003, at Boston, in the District of Massachusetts,

    3.   **ABLOLOM WOLDESLASSIE, a/k/a "BREEZE,"**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground and, in so doing, defendant, being a person at least eighteen years of age, did knowingly and intentionally employ, hire, use, persuade, induce and entice a person, who was then under eighteen years of age, to violate Title 21, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), 860(a) and 861(a), and Title 18, United States Code, Section 2.

COUNT EIGHT:    (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about September 11, 2003, at Boston, in the District of Massachusetts,

    3.    **ABLOLOM WOLDESLASSIE, a/k/a "BREEZE,"**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and 860(a), and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS: April 8, 2004

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK  1:40pm