AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

KARL THOMPSON

**WARRANT FOR ARREST**

CR-04-10112-RGS

To:     The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>KARL THOMPSON</u>
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ INDICTMENT  ☐ INFORMATION  ☐ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM WITH

distribution in a playground zone of cocaine base, a Schedule II controlled substance, and use of a juvenile in a drug offense

in violation of Title 21 United States Code, Sections 841(a)(1), 860(a) and 861(a).

Marianne B. _____
Name of Issuing Officer

_____
Signature of Issuing Officer

_____ Operations Supervisor
Chief United States Magistrate Judge
Title of Issuing Officer

<u>April 8, 2004 at Boston, Massachusetts</u>
Date and Location

Bail fixed at $ _____

BY _____

---

| RETURN | | |
|---|---|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT_____ | | |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | WARRANT EXECUTED BY USMS Hirta BY ARREST/ARRAIGNMENT OF THE |  |
| DATE OF ARREST | DEFENDANT ON 5/15/04 |  |