UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CRIMINAL NO. 04-10112-RGS |
| ) | |
| 2.   KARL THOMPSON,   ) | |
| ) | |
| Defendant.   ) | |

## INFORMATION

Pursuant to Title 21, United States Code, Section 851(a), the United States Attorney, by Assistant United States Attorney Patrick M. Hamilton, hereby files this information stating that the government will rely on a certain drug conviction as the basis for a sentencing enhancement with respect to Count Five of the Indictment.

In particular, the government will rely on one or the other of the following convictions:

> a November 30, 1993 conviction in Roxbury District Court, Docket Number 9302CR2763 for Manufacturing, Distributin, Dispensing a Class B Controlled Substance, in violation of M.G.L. c. 94C, Section 32A; and

> a November 30, 1993 conviction in Roxbury District Court, Docket Number 9302CR1925 for Manufacturing, Distributin, Dispensing a Class B Controlled Substance, in violation of M.G.L. c. 94C, Section 32A.

Because Count Five involves less than five (5) grams of a mixture or substance containing cocaine base (also known as "crack"), the government submits that the defendant is subject upon conviction on this count to a maximum sentence of imprisonment for thirty (30) years, a fine of up to two million dollars and

supervised release for at least six (6) years and for a maximum of life following any period of incarceration, pursuant to 21 U.S.C. § 841(b)(1)(C).

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

By: _____
       PATRICK M. HAMILTON
       Assistant U.S. Attorney
       One Courthouse Way
       Boston, MA 02210
Date:   April 15, 2004       (617) 748-3251