✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF      MASSACHUSETTS

| UNITED STATES V. KARL THOMPSON | **EXHIBIT AND WITNESS LIST**  Case Number:  04-10112-RGS |
|---|---|

| PRESIDING JUDGE BOWLER | PLAINTIFF'S ATTORNEY P. HAMILTON, D. TOBIN | DEFENDANT'S ATTORNEY M. ANDREWS |
|---|---|---|
| TRIAL DATE (S) 4/27/04 | COURT REPORTER DIGITAL | COURTROOM DEPUTY SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 4/27/04 |  |  | OFF. GEORGE J. MACLAUGHLIN, MILTON POLICE DEPT.; for the Government |
| 1 |  | 4/27/04 | X | X | Affidavit |
|  |  | 4/27/04 |  |  | OFF. GREGORY BROWN; BOSTON POLICE DEPT.; for the Government |
| 2 |  | 4/27/04 | X | X | Boston Police Incident Report |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1   Pages