UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) ) ) ) v. ) ) KARL THOMSON ) ) ) | Cr. No. 04-10112-RGS |

## EX PARTE MOTION FOR TRANSCRIPT

Now comes the defendant, Karl Thompson, and respectfully requests that this Honorable Court authorize the preparation of the transcript of Mr. Thomson's detention hearing. The transcript is necessary for Mr. Thomson to prosecute his appeal of the Court's Detention Order. As the Court will recall, Mr. Thomson has been found to be indigent, and does not have the necessary funds to pay for the transcript himself.

For the foregoing reasons, the defendant prays the Court allow this Motion.

Respectfully Submitted,
Karl Thomson
By his attorney

Michael C. Andrews
21 Custom House Street
Boston, Massachusetts 02110
(617) 951-0072
BBO# 546470