UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. 04-10112-RGS |
| | ) |
| v. | ) VIOLATIONS: |
| | ) |
| 1.   JUSTIN TEAL, | ) 21 U.S.C. § 841(a)(1) – |
| | )    Distribution of Cocaine |
| 2.   KARL THOMPSON, | )    Base |
| | ) |
| 3.   ABLOLOM WOLDESLASSIE, | ) 18 U.S.C. § 2 – |
|      a/k/a "BREEZE;" and | )    Aiding and Abetting |
| | ) |
| | ) 21 U.S.C. § 860(a) - Playground |
| | )    Zone Violation |
|           Defendants. | ) |
| | ) 21 U.S.C. § 861(a) - Use of a |
| | )    Juvenile |

## SUPERSEDING INDICTMENT

COUNT ONE:      (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                Base; 21 U.S.C. § 860(a) --Playground Zone
                Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury charges that:

On or about July 1, 2003, at Boston, in the District of
Massachusetts,

### 1.   JUSTIN TEAL

defendant herein, did knowingly and intentionally possess with
intent to distribute, and did distribute, a quantity of cocaine
base, also known as "crack," a Schedule II controlled substance,
within 1,000 feet of the real property comprising the Little Scobie
Playground.

All in violation of Title 21, United States Code, Sections
841(a)(1), and 860(a), and Title 18, United States Code, Section 2.

**COUNT TWO:**     **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)**

The Grand Jury further charges that:

On or about July 8, 2003, at Boston, in the District of Massachusetts,

**1.     JUSTIN TEAL,**
**3.     ABLOLOM WOLDESLASSIE, a/k/a "BREEZE," and**

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack", a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 860(a), and Title 18, United States Code, Section 2.

2

**COUNT THREE:**   **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)**

The Grand Jury further charges that:

On or about July 8, 2003, at Boston, in the District of Massachusetts,

### 3.   ABLOLOM WOLDESLASSIE, a/k/a "BREEZE,"

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 860(a), and Title 18, United States Code, Section 2.

3

<u>COUNT FOUR</u>:       **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation)**

The Grand Jury further charges that:

On or about July 23, 2003, at Boston, in the District of Massachusetts,

### 1.   **JUSTIN TEAL,**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 860(a).

4

<u>COUNT FIVE</u>:      (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about August 14, 2003, at Boston, in the District of Massachusetts,

**1.    JUSTIN TEAL,**
**2.    KARL THOMPSON and**
3.    **ABLOLOM WOLDESLASSIE, a/k/a "BREEZE,"**

defendants herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 860(a), and Title 18, United States Code, Section 2.

**COUNT SIX:**    **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 861(a) -- Use of a Juvenile; 18 U.S.C. § 2 -- Aiding and Abetting)**

The Grand Jury further charges that:

On or about August 14, 2003, at Boston, in the District of Massachusetts,

1.    **JUSTIN TEAL and**
2.    **KARL THOMPSON**

defendants herein, then being persons at least eighteen years of age, did knowingly and intentionally employ, hire, use, persuade, induce and entice a person, who was then under eighteen years of age, to violate Title 21, Section 841(a)(1), to wit: to knowingly and intentionally distribute a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, as alleged in Count Five of this Indictment, which is incorporated herein by reference.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 861(a) and Title 18, United States Code, Section 2.

6

**COUNT SEVEN:** (21 U.S.C. § 841(a)(1) -- **Distribution of Cocaine Base;** 21 U.S.C. § 860(a) -- **Playground Zone Violation;** 21 U.S.C. § 861(a) -- **Use of a Juvenile;** 18 U.S.C. § 2 -- **Aiding and Abetting)**

The Grand Jury further charges that:

On or about September 11, 2003, at Boston, in the District of Massachusetts,

3.    **ABLOLOM WOLDESLASSIE, a/k/a "BREEZE,"**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground and, in so doing, defendant, being a person at least eighteen years of age, did knowingly and intentionally employ, hire, use, persuade, induce and entice a person, who was then under eighteen years of age, to violate Title 21, Section 841(a)(1).

All in violation of Title 21, United States Code, Sections 841(a)(1), 860(a) and 861(a), and Title 18, United States Code, Section 2.

7

**COUNT EIGHT:**    **(21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 21 U.S.C. § 860(a) -- Playground Zone Violation; 18 U.S.C. § 2 -- Aiding and Abetting)**

The Grand Jury further charges that:

On or about September 11, 2003, at Boston, in the District of Massachusetts,

      3.    **ABLOLOM WOLDESLASSIE, a/k/a "BREEZE,"**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of cocaine base, also known as "crack," a Schedule II controlled substance, within 1,000 feet of the real property comprising the Little Scobie Playground.

All in violation of Title 21, United States Code, Sections 841(a)(1), and 860(a), and Title 18, United States Code, Section 2.

8

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

(1)   In connection with Counts 1-2 and 4-6, and relevant conduct as described in U.S.S.G. § 1B1.3 Defendant JUSTIN TEAL is responsible for at least 5 grams but less than 20 grams of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.  Accordingly, U.S.S.G. § 2D1.1(c)(7) is applicable to the defendant.

(2)   At the time Defendant JUSTIN TEAL committed the offenses charged in this Indictment, he was at least 18 years old and he had at least two prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, U.S.S.G. § 4B1.1 applies to the defendant.

(3)   In connection with Counts 5-6 and relevant conduct as described in U.S.S.G. § 1B1.3, Defendant KARL THOMPSON is responsible for at least 1 gram but less than 2 grams of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.  Accordingly, U.S.S.G. § 2D1.1(c)(11) is applicable to the defendant.

(4)   At the time Defendant KARL THOMPSON committed the offenses charged in this Indictment, he was at least 18 years old and he had at least two prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, U.S.S.G. § 4B1.1 applies to the defendant.

9

(5)  In connection with Counts 2,3,5,7,8, and relevant conduct as described in U.S.S.G. § 1B1.3, Defendant ABLOLOM WOLDESLASSIE is responsible for at least 5 grams but less than 20 grams of cocaine base, also known as "crack" cocaine, a Schedule II controlled substance.  Accordingly, U.S.S.G. § 2D1.1(c)(7) is applicable to the defendant.

**A TRUE BILL**

_____

FOREPERSON OF THE GRAND JURY

_____

ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS: October 28, 2004

Returned into the District Court by the Grand Jurors and filed.


_____

DEPUTY CLERK

10/28/04

3:00 pm

11

℀JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          **Category No.**  II           **Investigating Agency**  DEA

**City**   Boston                    **Related Case Information:**

**County**   Suffolk                 Superseding Ind./ Inf.   Yes           Case No.   04-CR-10112-RGS
                                     Same Defendant   Yes        New Defendant _____
                                     Magistrate Judge Case Number   _____
                                     Search Warrant Case Number    _____
                                     R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   Justin Teal                         Juvenile:        ☐ Yes   ■ No

Alias Name   _____

Address   71 Richmere Street, Mattapan, MA

Birthdate:   1980        SS #  - 2738        Sex:  Male    Race:  African-American   Nationalit  US

**Defense Counsel if known:**        James N. Greenberg           Address  220 Commercial St.

Bar Number   _____                            Boston, MA 02109

**U.S. Attorney Information:**

AUSA   Patrick M. Hamilton/David Tobin            Bar Number if applicable   _____

**Interpreter:**        Yes      X  No           List language and/or dialect:   _____

**Matter to be SEALED:**        Yes        No

                                ☐  Regular Process           X  In Custody

**Location Status:**

Arrest Date        April 15, 2004

☐ Already in Federal Custody as of          April 15, 2004         in    U.S. Marshal Service
   Already in State Custody              Serving Sentence        Awaiting Trial
☐ On Pretrial Release:    Ordered by:   _____    on   _____

**Charging Document:**        Complaint        ☐ Information          X  Indictment

**Total # of Counts:**      ☐ Petty ———    ☐ Misdemeanor ———    X Felony  5

Continue on Page 2 for Entry of U.S.C. Citations

☐     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.**

Date:    October 28, 2004          Signature of AUSA:   _David G. Tobin_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   Justin Teal _____

### U.S.C. Citations

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 U.S.C. § § 841(a)(1) and 860 | Distribution of cocaine base in a playground zone | 1, 2, 4, 5, and 6 |
| Set 2 | 18 U.S.C. § 2 | Aiding and abetting | 1, 2, 5 and 6 |
| Set 3 | 21 U.S.C. § 861(a) | Use of a juvenile in a drug offense | 6 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |
| Set | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js45.

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                           **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  II          **Investigating Agency**  DEA

**City**   Boston          **Related Case Information:**

**County**   Suffolk          Superseding Ind./ Inf.   Yes          Case No.   04-CR-10112-RGS
                              Same Defendant   X          New Defendant _____
                              Magistrate Judge Case Number  _____
                              Search Warrant Case Number  _____
                              R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   Karl Thompson          Juvenile:     ☐ Yes     ■ No

Alias Name   _____

Address   25 Calder Street, Mattapan, MA

Birthdate:  1964     SS #  -7927     Sex:  Male     Race:  African-American   Nationalit  US

**Defense Counsel if known:**          Michael C. Andrews          Address  21 Customs House St., Suite 920

Bar Number   _____          Boston, MA 02110

**U.S. Attorney Information:**

AUSA   David G. Tobin          Bar Number if applicable   _____

**Interpreter:**          Yes     X No          List language and/or dialect:   _____

**Matter to be SEALED:**          Yes   X     No

                              ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date        April 15, 2004

X  Already in Federal Custody as of        April 15, 2004          in     U.S. Marshal Service
☐  Already in State Custody          Serving Sentence          ☐ Awaiting Trial
☐  On Pretrial Release:     Ordered by:   _____     on   _____

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**     ☐ Petty ——————     ☐ Misdemeanor ——————     X Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☐     **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
      accurately set forth above.**

Date:   October 28, 2004          Signature of AUSA:   _David G. Tobin_
                                                         David G. Tobin

JS 45  (5/97)   (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Karl Thompson

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and 860 | Distribution of cocaine base in a playground zone | 5 and 6 |
| Set 2 | 18 U.S.C. § 2 | Aiding and abetting | 5 and 6 |
| Set 3 | 21 U.S.C. § 861(a) | Use of a juvenile in a drug offense | 6 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js45.rworrell.wpd

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** II      **Investigating Agency** DEA

**City** Boston      **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. Yes    **Case No.** 04-CR-10112-RGS
Same Defendant Yes    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Ablolom Woldeslassie    **Juvenile:** ☐ Yes ■ No

**Alias Name** Breeze

**Address** 50 Clifford Street, #1, Roxbury, MA

**Birthdate:** 1982   **SS #** - 3627   **Sex:** Male   **Race:** African-American   **Nationalit** US

**Defense Counsel if known:** Randolph M. Gioia    **Address** 24 School St., 8th floor

**Bar Number**        Boston, MA 02108

**U.S. Attorney Information:**

**AUSA** David G. Tobin      **Bar Number if applicable** _____

**Interpreter:**    Yes   X No      **List language and/or dialect:** _____

**Matter to be SEALED:**    Yes    No

☐ Regular Process      X In Custody

**Location Status:**

**Arrest Date** April 15, 2004

X Already in Federal Custody as of   April 15, 2004   in   U.S. Marshal Service
   Already in State Custody    Serving Sentence    Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ————   ☐ Misdemeanor ————   X Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☐   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: October 28, 2004    Signature of AUSA: _____

David G. Tobin

JS 45 (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant** ___ Ablolom Woldeslassie _____

**U.S.C. Citations**

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  21 U.S.C. § § 841(a)(1) and 860 | Distribution of cocaine base in a playground zone | 2, 3, 5, 7  and 8 |
| Set 2  18 U.S.C. § 2 | Aiding and abetting | 2, 3, 5, 7 and 8 |
| Set 3  21 U.S.C. § 861 | Use of a juvenile in a drug offense | 7 |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js45.