UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-CR-10112-RGS |
| | ) | |
| **JUSTIN TEAL,** | ) | |
| **KARL THOMPSON,** | ) | |
| **ABLOLOM WOLDESLASSIE, and** | ) | |
| **ROLAND WORRELL** | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of his appearance as government counsel in the captioned matter.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                        By: __/s/ David G. Tobin__
                                              DAVID G. TOBIN
                                              Assistant U.S. Attorney
                                              One Courthouse Way
                                              Suite 9200
                                              Boston, MA  02210
                                              (617) 748-3392

November 22, 2004