UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-CR-10112-RGS |
| ) | |
| **KARL THOMPSON** ) | |

### GOVERNMENT'S MOTION TO ENLARGE TIME
### TO FILE A RESPONSE TO DEFENDANT'S MOTION

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to this Honorable Court to enlarge the time by which the United States must file its response to the defendant's Motion to Revoke Detention Order. The defendant's counsel filed the motion on January 13, 2005. The government's response is due January 27, 2005. The government requests that the due date for its response be enlarged to February 11, 2005. The undersigned is scheduled to begin a trial on January 31, 2005, which is expected to last approximately one week.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

    By: */s/ David G. Tobin*
        DAVID G. TOBIN
        Assistant U.S. Attorney

Dated:  January 21, 2005