UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) <br> ) <br> ) |
| v. | ) CRIMINAL NO. 04-CR-10112-RGS <br> ) |
| **JUSTIN TEAL,** <br> **KARL THOMPSON, and** <br> **ABLOLOM WOLDESLASSIE** | ) <br> ) <br> ) <br> ) |

**GOVERNMENT'S ASSENTED TO MOTION TO EXCLUDE TIME**

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves to exclude from all Speedy Trial Act calculations the period of time from January 27, 2005, to and including March 4, 2005 (excludable delay pursuant to 18 U.S.C. § 3161(h)(1)(F) and § 3161(h)(8)(A)).  The requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  The defendants, through counsel, assented to this request at the Status Conference on January 27, 2005.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                   By: */s/ David G. Tobin*
                                          DAVID G. TOBIN
                                          Assistant U.S. Attorney

Dated:  January 27, 2005