UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10112-RGS

UNITED STATES OF AMERICA

v.

KARL THOMSON

<u>MEMORANDUM AND ORDER
ON MOTION TO REVOKE DETENTION</u>

February 23, 2005

STEARNS, D.J.

    After a hearing, and after review of the Magistrate Judge's Memorandum, the Pretrial Services Report, the underlying police report, and the Government's Opposition, the motion to revoke detention is <u>DENIED</u>. Counsel's suggestion that defendant would benefit from intensive drug treatment is undoubtedly correct. However, the probability of a conviction is very high and defendant currently faces a sentence in excess of fifteen years. That fact, when coupled with the numerous defaults shown on defendant's lengthy record, gives the court little or no confidence that the defendant if released to a quasi-secure inpatient treatment program would appear for trial. Nor am I convinced that defendant was not using a juvenile to sell drugs. That fact, when coupled with defendant's history of drug convictions and drug involvement, makes him a danger to the community.

                               SO ORDERED.

                               /s/ Richard G. Stearns

                               _____
                               UNITED STATES DISTRICT JUDGE