UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                    CRIMINAL NO. 04-10112-RGS

JUSTIN TEAL, KARL THOMPSON,
ABLOLOM WOLDESLASSIE, and
ROLAND WORRELL

# NOTICE OF INITIAL PRE-TRIAL/TRIAL ASSIGNMENT CONFERENCE

**STEARNS, DJ.**                    **MAY 6, 2005**

ALL COUNSEL IN THE ABOVE-CAPTIONED ACTION ARE HEREBY ORDERED TO APPEAR FOR AN INITIAL PRE-TRIAL/TRIAL ASSIGNMENT CONFERENCE ON:

**FRIDAY, MAY 12, 2005 AT 2:30 P.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                      RICHARD G. STEARNS
                                      UNITED STATES DISTRICT JUGE

                    BY:

                            /s/ Mary H.  Johnson
                            Deputy Clerk

TO: AUSA Tobin; AUSA Hamilton; Attorneys Greenberg, Andrews, Gioia, Byrne.