UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>KARL THOMSON ) | Cr. No. 04-10112-RGS |

## MOTION TO CONTINUE TRIAL DATE
(Assented to)

Now comes the defendant, and moves this Honorable Court to continue the trial date in the above-captioned matter, currently scheduled for November 14, 2005 to a date convenient to the Court in mid-January. In support of this Motion, the defendant states that continuing the matter to the date suggested may allow for a resolution of this matter short of trial.

Undersigned counsel has conferred with counsel for the prosecution and with counsel for the co-defendant in this case, and has been informed that all parties assent to the allowance of this Motion.

For the foregoing reasons, the defendant prays the Court allow this Motion.

        Respectfully Submitted,
        Karl Thomson
        By his attorney

        /s/ Michael C. Andrews
        Michael C. Andrews
        21 Custom House Street
        Boston, Massachusetts 02110
        (617) 951-0072
        BBO# 546470