UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) ) ) ) v. ) ) KARL THOMSON ) ) ) | Cr. No. 04-10112-RGS |

## MOTION FOR PRE-PLEA PRESENTENCE REPORT

Now comes the defendant, and moves this Honorable Court to order the Probation Department to prepare a pre-plea Presentence Report in the above captioned matter. In support of this Motion, the defendant states that preparation of the report at this time will allow him to be apprised of the potential sentence faces should he enter a guilty plea. Upon information and belief the Court has recently ordered that a pre-plea Presentence Report be prepared for his co-defendant in this case.

For the foregoing reasons, the defendant prays the Court allow this Motion.

Respectfully Submitted,
Karl Thomson
By his attorney

_/s/ Michael C. Andrews__
Michael C. Andrews
21 Custom House Street
Boston, Massachusetts 02110
(617) 951-0072
BBO# 546470