**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**UNITED STATES OF AMERICA**

**V.**                                    **CRIMINAL NO. 04-10112-02-RGS**

**KARL THOMSON**

# O R D E R

**STEARNS, DJ.**                                              **NOVEMBER 15, 2005**

   THIS COURT HAVING ALLOWED THE DEFENDANT'S MOTION FOR

A PRE-PLEA PRESENTENCE REPORT ON THIS DATE,

   IT IS HEREBY ORDERED:   THE U. S. PROBATION DEPARTMENT FOR

THE DISTRICT OF MASSACHUSETTS SHALL COMMENCE THE PREPARATION

OF THE PRE-PLEA PRESENTENCE REPORT FORTHWITH.

   SO ORDERED.


                                 **RICHARD G. STEARNS**
                                 **UNITED STATES DISTRICT JUDGE**

          **BY:**

                        **/s/ Mary  H.  Johnson**
                           **Deputy Clerk**