```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS

                              )
UNITED STATES OF AMERICA      )
                              )
        v.                    )   CRIMINAL NO. 04-CR-10112-RGS
                              )
KARL THOMPSON, and            )
ABLOLOM WOLDESLASSIE          )
```

GOVERNMENT'S MOTION FOR STATUS HEARING

Now comes the United States, by its attorneys, Michael J. Sullivan, United States Attorney, and David G. Tobin, Assistant U.S. Attorney, and hereby moves this Honorable Court to schedule a status hearing in the above-captioned case. The proposed purpose of the status hearing is to schedule a plea or trial date for each of the defendants.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                By: /s/ David G. Tobin
                                    DAVID G. TOBIN
                                    Assistant U.S. Attorney

Date: June 23, 2006

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) .

                                       /s/ David G. Tobin
                                       DAVID G. TOBIN
                                       Assistant United States Attorney

Date: June 23, 2006