UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Criminal No.04-10112-RGS |
| ) | |
| **ABOLOM WOLDESLASSIE &** ) | |
| **KARL THOMPSON** ) | |

## Government's Exhibit List

The government anticipates that it will introduce the following exhibits at trial:

1. Report of Drug Property Collected, Purchased, or Seized (DEA Form-7) for DEA Exhibits 9 (July 8, 2003 purchase), 10 (July 8, 2003 purchase), 21 (August 14, 2003 purchase), 23 (September 10, 2003 purchase) and 25 (September 11, 2003 purchase);

2. Laboratory bench notes and other documents associated with the testing of the "crack" cocaine purchased in this case on July 8, 2003, August 14, 2003, September 10, 2003, and September 11, 2003 [all of which were created by DEA Forensic Chemist Kathleen Pfeiffer];

3. Curriculum Vitae of DEA Forensic Chemist Kathleen Pfeiffer;

4. "Crack" cocaine, packaging the "crack" cocaine was in at the time of purchase by law enforcement, and the law enforcement bags and chain of custody documents for the "crack" cocaine identified as DEA Exhibits **9, 10, 21, 23 and 25**;

5. Video surveillance tapes previously identified as DEA Exhibits **N-13, N-15, & N-18** (July 8, 2003), **N-46 & N-48** (August 14, 2003), **N-53 & N-55** (September 10, 2006), and **N-57** (September 11, 2003);

6. Audio tapes previously identified as DEA Exhibits **N-14** (July 8, 2006), **N-47** (August 14, 2003), **N-52** (September 10, 2003), and **N-56** (September 11, 2003) and transcripts;

7. Photographs used to identify the following individuals: Abolom Woldeslassie, Karl Thompson, Justin Teal, Roland

      Worrell, Steven Walker, James Bogarty, and Edgar Williams.

8. Certified copies of the birth certificates of Steven Walker and Edgar Williams; and

9. Street map of the Warren Gardens area of Roxbury depicting the area of the "crack" cocaine sales [the map also shows the boundaries of the playground zone area];

The government reserves the right to supplement or modify the list with reasonable notice to the defendant.

                Respectfully submitted,
                MICHAEL J. SULLIVAN
                United States Attorney

          By: /s/ David G. Tobin
                DAVID G. TOBIN,
                Michael J. Pelgro
                Assistant U.S. Attorneys

Date: October 5, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                /s/ David G. Tobin
                DAVID G. TOBIN
                Assistant United States Attorney

Date: October 5, 2006