APPEAL, CLOSED, MAG

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10112-RGS-ALL

Case title: USA v. Teal et al                    Date Filed: 04/08/2004

---

Assigned to: Judge Richard G. Stearns

**Defendant**

**Justin Teal** (1)                represented by  **James N. Greenberg**
*TERMINATED: 02/22/2006*                           262 Washington Street
                                                   10th Floor
                                                   Boston, MA 02108
                                                   617-557-4444
                                                   Fax: 617-227-4943
                                                   Email: greenberglaw@gmail.com
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: Retained*

                                                   **Lenore Glaser**
                                                   Law Office of Lenore Glaser
                                                   65a Atlantic Ave.
                                                   2nd Floor
                                                   Boston, MA 02210
                                                   617-753-9988
                                                   Fax: 617-830-0167
                                                   Email: lglaser@glaser-law.com
                                                   *TERMINATED: 04/22/2004*
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: CJA Appointment*

**Pending Counts**                 **Disposition**

21:841 (a)(1)-DISTRIBUTION OF
COCAINE BASE; 21U.S.C.860(a)-
PLAYGROUND ZONE VIOLATION;
18U.S.C. 2-AIDING AND ABETTING
(1-2)

21:841 (a)(1)-DISTRIBUTION OF
COCAINE BASE; 21U.S.C.860(a)-
PLAYGROUND ZONE VIOLATION;
(4)

21:841 (a)(1)-DISTRIBUTION OF

COCAINE BASE; 21U.S.C.860(a)-
PLAYGROUND ZONE VIOLATION;
18 U.S.C. 2-AIDING AND
ABETTING
(5)

21:841 (a)(1)-DISTRIBUTION OF
COCAINE BASE; 21U.S.C.861(a)USE
OF A JUVENILE- 18 U.S.C. 2-
AIDING AND ABETTING
(6)

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| 21:841(a)(1) Dist of Cocaine Base;21:860(a) Playground Zone Violation; 18:2 Aiding and Abetting (1s-2s) | 120 months to be served on each count, concurrent with each other. 12 years of Superised Release on each count concurrent with each other. Total Special Assessment of $500. |
| 21:841(a)(1) Dist of Cocaine Base;21:860(a) Playground Zone Violation (4s) | 120 months to be served, concurrent with Counts 1s and 2s. Supervised Release for 12 years, concurrent with Counts 1s and 2s. |
| 21:841(a)(1) Dist of Cocaine Base;21:860(a) Playground Zone Violation; 18:2 Aiding and Abetting (5s) | 120 months to be served, concurrent with Counts 1s, 2s and 4s. Supervised Release for 12 years, concurrent with Counts 1s, 2s, and 4s. |
| 21:841(a)(1) Dist of Cocaine Base; 21:861(a) Use of a Juvenile; 18:2 Aiding and Abetting (6s) | 120 months to be served, concurrent with Counts 1s, 2s, 4s, 5s. Supervised Release for 12 years, concurrent with Counts 1s, 2s, 4s, 5s. |

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

Assigned to: Judge Richard G. Stearns

### Defendant

**Karl Thompson** (2)                    represented by **Michael C. Andrews**
*TERMINATED: 12/20/2006*                 Law Offices of Michael C. Andrews

21 Custom House St.
Suite 920
Boston, MA 02110
617-951-0072
Fax: 617-443-1010
Email: MCADMASS@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

## Pending Counts

21:841(a)(1) Dist of Cocaine
Base;21:860(a) Playground Zone
Violation; 18:2 Aiding and Abetting
(5s)

21:841(a)(1) Dist of Cocaine Base;
21:861(a) Use of a Juvenile; 18:2
Aiding and Abetting
(6s)

## Highest Offense Level (Opening)

Felony

## Terminated Counts

21:841 (a)(1)-DISTRIBUTION OF
COCAINE BASE; 21U.S.C.860(a)-
PLAYGROUND ZONE VIOLATION;
18 U.S.C. 2-AIDING AND
ABETTING
(5)

21:841 (a)(1)-DISTRIBUTION OF
COCAINE BASE; 21U.S.C.861(a)USE
OF A JUVENILE- 18 U.S.C. 2-
AIDING AND ABETTING
(6)

## Highest Offense Level (Terminated)

Felony

## Complaints

None

## Disposition

60 months to be served. Supervised
Release for 12 years upon release from
custody, with Special Conditions. Total
Special Assessment of $200 to be paid
forthwith.

60 months to be served , concurrent
with Count 5s. Supervised Release for
12 years concurrent with 5s.

## Disposition

## Disposition

Assigned to: Judge Richard G. Stearns

**Defendant**

**Ablolom Woldeslassie** (3)
*TERMINATED: 01/19/2007*
*also known as*
Breeze (3)
*TERMINATED: 01/19/2007*

represented by **James S. Dilday**
Grayer and Dilday
Suite 400
27 School Street
Boston, MA 02108
617-227-3470
Fax: 617-227-9231
Email: jsdilday@juno.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Derege B. Demissie**
Demissie & Associates
929 Massachusetts Avenue
Suite 01
Cambridge, MA 02139
617-354-3944
Fax: 617-354-0985
Email: Demissie.law@verizon.net
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Randy Gioia**
Law Office Of Randolph Gioia
24 School St.
8th Floor
Boston, MA 02108
617-367-2480
Fax: 617-742-1854
Email: Randygioia@aol.com
*TERMINATED: 05/18/2005*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**

21:841 (a)(1)-DISTRIBUTION OF
COCAINE BASE; 21U.S.C.860(a)-
PLAYGROUND ZONE VIOLATION;
18U.S.C. 2-AIDING AND ABETTING
(2-3)

**Disposition**

**Disposition**

21:841(a)(1) Dist of Cocaine
Base;21:860(a) Playground Zone
Violation; 18:2 Aiding and Abetting
(2s-3s)

21:841 (a)(1)-DISTRIBUTION OF
COCAINE BASE; 21U.S.C.860(a)-
PLAYGROUND ZONE VIOLATION;
18 U.S.C. 2-AIDING AND
ABETTING
(5)

21:841(a)(1) Dist of Cocaine
Base;21:860(a) Playground Zone
Violation; 18:2 Aiding and Abetting
(5s)

21:841 (a)(1)-DISTRIBUTION OF
COCAINE BASE;21 U.S.C 860 (a)-
PLAYGROUND ZONE VIOLATION;
21U.S.C.861(a)USE OF A JUVENILE-
18 U.S.C. 2-AIDING AND
ABETTING
(7)

21:841(a)(1) Dist of Cocaine Base;
21:860(a) Playground Zone
Violation;21:861(a) Use of a Juvenile;
18:2 Aiding and Abetting
(7s)

21:841 (a)(1)-DISTRIBUTION OF
COCAINE BASE;21 U.S.C 860 (a)-
PLAYGROUND ZONE VIOLATION;
- 18 U.S.C. 2-AIDING AND
ABETTING
(8)

21:841(a)(1) Dist of Cocaine Base;
21:860(a) Playground Zone Violation;
18:2 Aiding and Abetting
(8s)

37 months to be served on each count
concurrent with each other. Supervised
Release for 6 years concurrent with
each other , with Special Conditions.
Total Special Assessment of $300 to be
paid forthwith.

37 months to be served, concurrent with
Counts 2s and 3s. Supervised Release
for 6 years concurrent with Counts 2s
and 3s.

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

Assigned to: Judge Richard G. Stearns

**Defendant**

**Roland Worrell** (4)
*TERMINATED: 12/20/2006*

represented by **Catherine K. Byrne**
Federal Defender's Office
District of Massachusetts
408 Atlantic Ave.
Third Floor
Suite 328
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: catherine_byrne@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

**Disposition**

21:841 (a)(1)-DISTRIBUTION OF
COCAINE BASE; 21U.S.C.860(a)-
PLAYGROUND ZONE VIOLATION;
18U.S.C. 2-AIDING AND ABETTING
(1-3)

**Highest Offense Level (Terminated)**

Felony

**Complaints**

**Disposition**

None

---

**Plaintiff**

**USA**

represented by **Patrick M. Hamilton**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

617-748-3251
Fax: 617-748-3965
Email: patrick.hamilton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David G. Tobin**
United States Attorneys Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3392
Fax: 617-748-3965
Email: David.Tobin@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 04/08/2004 | 1 | SEALED INDICTMENT as to Justin Teal (1) count(s) 1-2, 4, 5, 6, Karl Thompson (2) count(s) 5, 6, Ablolom Woldeslassie (3) count(s) 2-3, 5, 7, 8, Roland Worrell (4) count(s) 1-3. (Diskes, Sheila) (Entered: 04/09/2004) |
| 04/08/2004 | 2 | MOTION to Seal Case as to Justin Teal, Karl Thompson, Ablolom Woldeslassie, Roland Worrell by USA. (Diskes, Sheila) (Entered: 04/09/2004) |
| 04/08/2004 | | Judge Marianne B. Bowler : Electronic ORDER entered granting [2] Motion to Seal Case as to Justin Teal (1), Karl Thompson (2), Ablolom Woldeslassie (3), Roland Worrell (4) (Diskes, Sheila) (Entered: 04/09/2004) |
| 04/08/2004 | 3 | Arrest Warrant Issued as to Justin Teal, Karl Thompson, Ablolom Woldeslassie. (Diskes, Sheila) (Entered: 04/09/2004) |
| 04/08/2004 | 4 | Judge Richard G. Stearns : ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: Pretrial as to Justin Teal, Karl Thompson, Ablolom Woldeslassie, Roland Worrell (Diskes, Sheila) (Entered: 04/09/2004) |
| 04/15/2004 | 5 | MOTION to Unseal Case as to Justin Teal, Karl Thompson, Ablolom Woldeslassie. Roland Worrell by USA. (Smith3, Dianne) (Entered: 04/15/2004) |
| 04/15/2004 | | Judge Marianne B. Bowler : Endorsement on motion ORDER entered granting [5] Motion to Unseal Case as to Justin Teal (1), Karl Thompson (2), Ablolom Woldeslassie (3), Roland Worrell (4) (Smith3, Dianne) (Entered: 04/15/2004) |
| 04/15/2004 | | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Initial Appearance as to Justin Teal, Karl Thompson, Ablolom Woldeslassie held on 4/15/2004; Patrick Hamilton and David Tobin for |

| | | |
|---|---|---|
| | | the Govt.; Geroge Moriarty for Pretrial; Lenore Glaser, Michael Andrews and J.P. Lattamore for Randy Gioia for the Defts.; Defts. informed of charges, rights and right to counsel; Defts. cannot afford counsel and complete financial affidvait; Court order appointment of counsel and orders Attys. Glaser, Andrews and Gioia appointed; Defts. sworn and are questioned by the court; Govt. moves for detention and continuance for all defts.; Detention and arraignment set for April 23, 2004 at 10:00 AM; Defts. remanded to the custody of the U.S. Marshals. (Tape #digital.) (Saccoccio, Dianalynn) (Entered: 04/15/2004) |
| 04/15/2004 | 6 | CJA 23 Financial Affidavit by Justin Teal (Saccoccio, Dianalynn) (Entered: 04/16/2004) |
| 04/15/2004 | 7 | CJA 23 Financial Affidavit by Karl Thompson (Saccoccio, Dianalynn) (Entered: 04/16/2004) |
| 04/15/2004 | 8 | CJA 23 Financial Affidavit by Ablolom Woldeslassie (Saccoccio, Dianalynn) (Entered: 04/16/2004) |
| 04/15/2004 | 12 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Karl Thompson, filed by the United States. (Johnson, Mary) Modified on 4/21/2004 (Johnson, Mary). (Entered: 04/21/2004) |
| 04/15/2004 | 18 | Judge Marianne B. Bowler : ORDER entered CJA 20 as to Justin Teal : Appointment of Attorney Lenore Glaser for Justin Teal. (Saccoccio, Dianalynn) (Entered: 04/22/2004) |
| 04/15/2004 | 19 | Judge Marianne B. Bowler : ORDER entered CJA 20 as to Karl Thompson : Appointment of Attorney Michael C. Andrews for Karl Thompson. (Saccoccio, Dianalynn) (Entered: 04/23/2004) |
| 04/15/2004 | 20 | Judge Marianne B. Bowler : ORDER entered CJA 20 as to Ablolom Woldeslassie : Appointment of Attorney Randolph M. Gioia for Ablolom Woldeslassie. (Saccoccio, Dianalynn) (Entered: 04/23/2004) |
| 04/20/2004 | | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Initial Appearance as to Roland Worrell held on 4/20/2004; Patrick Hamilton for the Govt.; Josh Ulrich for Pretrial; Catherine Byrne for the deft.; Deft. informed of charges, rights and right to counsel; Deft. completes financial affidavit and court orders the appointment of counsel;Deft sworn and questioned by the court; Deft. declines to answer with the advise of counsel; Govt. moves for detention; Deft. currently serving time; Deft. consents to voluntary detention without prejudice; Court will enter order; Indictment reviewed and deft. waives reading of the indictment in its entirety; Deft. arraigned and pleads not guilty to all counts; Govt. anticipates 12 witnesses and 2 wks for length of trial; Initial status conference set for June 1, 2004 at 11:15 AM; Deft. remanded to the custody of the U.S. Marshals. (Tape #digital.) (Saccoccio, Dianalynn) (Entered: 04/20/2004) |
| 04/20/2004 | 14 | CJA 23 Financial Affidavit by Roland Worrell (Saccoccio, Dianalynn) (Entered: 04/22/2004) |

| 04/20/2004 | 15 | Judge Marianne B. Bowler : ORDER entered ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Roland Worrell Catherine K. Byrne for Roland Worrell appointed. (Saccoccio, Dianalynn) (Entered: 04/22/2004) |
| --- | --- | --- |
| 04/20/2004 | 16 | Judge Marianne B. Bowler : ORDER entered ORDER OF VOLUNTARY DETENTION as to Roland Worrell (Saccoccio, Dianalynn) (Entered: 04/22/2004) |
| 04/21/2004 | 9 | Arrest Warrant Returned Executed on 4/15/04 as to Justin Teal. (Flaherty, Elaine) (Entered: 04/21/2004) |
| 04/21/2004 | 10 | Arrest Warrant Returned Executed on 4/15/04. as to Karl Thompson. (Flaherty, Elaine) (Entered: 04/21/2004) |
| 04/21/2004 | 11 | Arrest Warrant Returned Executed on 4/15/04. as to Ablolom Woldeslassie. (Flaherty, Elaine) (Entered: 04/21/2004) |
| 04/21/2004 | 13 | MOTION to Withdraw as Attorney by Lenore Glaser. as to Justin Teal. (Glaser, Lenore) (Entered: 04/21/2004) |
| 04/22/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 13 Motion to Withdraw as Attorney. as to Justin Teal (1) (Bowler, Marianne) (Entered: 04/22/2004) |
| 04/22/2004 | 17 | NOTICE of APPEARANCE and MOTION to Continue Detention and Arraignment to April 29 or 30, 2004 by James Greenbergas to Justin Teal . (Saccoccio, Dianalynn) (Entered: 04/22/2004) |
| 04/22/2004 | | Judge Marianne B. Bowler : electronic ORDER entered granting 17 Motion to Continue as to Justin Teal (1). The detention hearing is rescheduled for April 29, 2004, at 2:00 p.m. (Bowler, Marianne) (Entered: 04/22/2004) |
| 04/22/2004 | | Attorney update in case as to Justin Teal. Attorney Lenore Glaser terminated. (Saccoccio, Dianalynn) (Entered: 04/22/2004) |
| 04/23/2004 | | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Arraignment as to Karl Thompson (2) Count 5,6 and Ablolom Woldeslassie (3) Count 2-3,5,7,8 held on 4/23/2004, Detention Hearing as to Karl Thompson, Ablolom Woldeslassie held on 4/23/2004; Patrick Hamilton for the Govt.; September Brown for Pretrial; Randy Gioia and Michael Andrews for the defts.; Atty. Gioia wishes to continue detention hearing and go forward with the arraignment;Court will issue an order of voluntary detention without prejudice for this deft.; As to deft. Thompson the matter of detention is reset to April 27, 2004 at 2:45 PM; Defts. waive the reading of the indictment in its entirety; Defts. pleads not guilty to all charges; Govt. anticipates 12 witnesses and the approximate length of trial to be 2 weeks; Initial status conference set for June 4, 2004 at 2:30 PM; Defts. remanded to the custody of the U.S. Marshals.(Tape #digital.) (Saccoccio, Dianalynn) (Entered: 04/23/2004) |
| 04/23/2004 | 21 | Judge Marianne B. Bowler : ORDER entered ORDER OF VOLUNTARY DETENTION as to Ablolom Woldeslassie (Saccoccio, |

| | | Dianalynn) (Entered: 04/23/2004) |
|---|---|---|
| 04/27/2004 | 🗩 | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Detention Hearing as to Karl Thompson held on 4/27/2004; Patrick Hamilton and David Tobin for the Govt.; Michael Andrews for the deft.; Govt. calls two witnesses; Govt. offers two exhibits; Atty. Andrews cross examines both witnesses; Govt. moves for detention; Atty. Andrews moves to have the deft. released with conditions; Court takes matter of detention under advisement; Deft. remanded to the custody of the U.S. Marshals. (Tape #digital.) (Saccoccio, Dianalynn) (Entered: 04/27/2004) |
| 04/27/2004 | 🗩22 | EXHIBIT/WITNESS LIST by USA as to Karl Thompson (Saccoccio, Dianalynn) (Entered: 04/27/2004) |
| 04/29/2004 | 🗩 | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Arraignment as to Justin Teal (1) Count 1-2,4,5,6 held on 4/29/2004, Detention Hearing as to Justin Teal held on 4/29/2004; David Tobin for the Govt.; James Greenberg for the deft.; Basil Cronin for Pretrial; Atty. Greenberg asks to continue the detention hearing; Arraignment held; Deft. waives the reading of the indictment in its entirety; Deft. pleads not guilty to all counts; Govt. anticipates eight to ten of witnesses and the trial to last approx. two weeks; Initial status set for June 4, 2004 at 2:30 PM; Detention hearing set for May 5, 2004 at 10:45 AM; Deft. remanded to the custody of the U.S. Marshals. (Tape #digital.) (Saccoccio, Dianalynn) (Entered: 04/29/2004) |
| 05/05/2004 | 🗩 | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Detention Hearing as to Justin Teal held on 5/5/2004;David Tobin for the Govt.; James Greenberg for the deft.; Govt. calls one witness and offers three exhibits; Counsel for the deft. cross examines witness; Govt. moves for detention; Counsel for the deft. consents to voluntary detention without prejudice;The court will issue an order of voluntary detention forthwith; Deft. remanded to the custody of the U.S. Marshals. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 05/05/2004) |
| 05/05/2004 | 🗩23 | EXHIBIT/WITNESS LIST by USA as to Justin Teal (Saccoccio, Dianalynn) (Entered: 05/05/2004) |
| 05/05/2004 | 🗩24 | Judge Marianne B. Bowler : ORDER entered ORDER OF VOLUNTARY DETENTION as to Justin Teal (Saccoccio, Dianalynn) (Entered: 05/06/2004) |
| 05/11/2004 | 🗩25 | MOTION for Protective Order as to Justin Teal, Karl Thompson, Abllolom Woldeslassie, Roland Worrell by USA. (Flaherty, Elaine) (Entered: 05/17/2004) |
| 05/14/2004 | 🗩27 | Judge Marianne B. Bowler :MEMORANDUM AND ORDER ON GOVERNMENT'S MOTION FOR DETENTION entered as to Karl Thompson (Saccoccio, Dianalynn) (Entered: 06/07/2004) |
| 06/01/2004 | 🗩 | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Status Conference as to Roland Worrell held on 6/1/2004;Patrick |

| | | |
|---|---|---|
| | | Hamilton for the govt.; Catherine Byrne for the deft.; Parties anticipate that this case will be dismissed as deft. will be pleading guilty in another case; Parties ask that the case remain with this court at this time; Final status set for August 9, 2004 at 10:00 AM; Parties agree to exclude the time from today to August 9, 2004 and the govt. will file an assented to motion. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 06/01/2004) |
| 06/01/2004 | ❏ | Judge Marianne B. Bowler : electronic ORDER entered granting 25 Motion for Protective Order as to Justin Teal (1), Karl Thompson (2), Ablolom Woldeslassie (3), Roland Worrell (4), there being no opposition. (Bowler, Marianne) (Entered: 06/01/2004) |
| 06/01/2004 | ❏28 | Judge Marianne B. Bowler :PROTECTIVE ORDER entered as to Justin Teal, Karl Thompson, Ablolom Woldeslassie, Roland Worrell re 25 MOTION for Protective Order filed by USA (Saccoccio, Dianalynn) (Entered: 06/07/2004) |
| 06/02/2004 | ❏26 | MOTION to Exclude time as to Justin Teal, Karl Thompson, Ablolom Woldeslassie, Roland Worrell by USA. (Flaherty, Elaine) (Entered: 06/03/2004) |
| 06/04/2004 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Status Conference as to Justin Teal, Karl Thompson, Ablolom Woldeslassie held on 6/4/2004. Further conference set for 7/12/04 at 3:00 p.m. Bail hearing for Ablolom Woldeslassie set for 7/16/04 at 9:45 a.m. Parties agree to exclude time.(Court Reporter Tape.) (Nicewicz, Craig) (Entered: 06/04/2004) |
| 06/14/2004 | ❏ | Judge Marianne B. Bowler : electronic ORDER entered granting 26 Motion to Exclude as to Justin Teal (1), Karl Thompson (2), Ablolom Woldeslassie (3), Roland Worrell (4) (Bowler, Marianne) (Entered: 06/14/2004) |
| 06/21/2004 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Detention Hearing as to Ablolom Woldeslassie held on 6/21/2004; Patrick Hamilton for the govt.; Randy Gioia and J.P. Lattimore for the deft.; Govt. calls Officer Gregory Brown to testify; Govt. offers five exhibits; Counsel for the deft. cross examines witness; Matter continued to Friday, June 25, 2004 at 10:15 AM; Deft. remanded to the custody of the U.S. Marshals. (Tape #Digital.)(Saccoccio, Dianalynn) (Entered: 06/21/2004) |
| 06/24/2004 | ❏31 | Ex Parte MOTION for transcripts at government expense as to Karl Thompson, filed.. (Johnson, Mary) (Entered: 06/30/2004) |
| 06/25/2004 | ❏ | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Detention Hearing as to Ablolom Woldeslassie held on 6/25/2004; Patrick Hamilton for Govt; Randy Gioia for deft; detention hearing resumed; defense calls defendants mother to the stand; witness crossed; defense calls defts brother to the stand; witness crossed; defense calls defts sister to the stand; no cross; defense makes a proffer re; gunshot wound; govt states it's argument for detention and maximum penalties; defense states its argument for release to a 3rd party custodian |

| | | |
|---|---|---|
| | | with conditions; Court takes matter under advisement. deft remanded to the custody of the US Marshal; (Court Reporter digital.) (Simeone, Maria) (Entered: 06/25/2004) |
| 06/25/2004 | 🔵30 | EXHIBIT/WITNESS LIST by USA, Ablolom Woldeslassie as to Ablolom Woldeslassie (Saccoccio, Dianalynn) (Entered: 06/29/2004) |
| 06/28/2004 | 🔵29 | TRANSCRIPT of Detention Hearing as to Karl Thompson held on April 27, 2004 before Judge Bowler. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508/384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/28/2004) |
| 07/12/2004 | 🔵 | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Status Conference as to Justin Teal, Karl Thompson, Ablolom Woldeslassie, Roland Worrell held on 7/12/2004; Patrick Hamilton for the govt.; Randy Gioia, Michael Andrews, Catherine Byrne and James Greenberg for the defts.; Parties request additional time; Final status set for September 8, 2004 at 2:15 PM; Parties agree to exclude the time from today to September 8, 2004; Govt. to file motion. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 07/12/2004) |
| 07/13/2004 | 🔵32 | Assented to MOTION to Exclude *Time* as to Justin Teal, Karl Thompson, Ablolom Woldeslassie, Roland Worrell by USA. (Tobin, David) (Entered: 07/13/2004) |
| 07/15/2004 | 🔵 | Judge Marianne B. Bowler : electronic ORDER entered granting 32 Motion to Exclude as to Justin Teal (1), Karl Thompson (2), Ablolom Woldeslassie (3), Roland Worrell (4) (Bowler, Marianne) (Entered: 07/15/2004) |
| 07/28/2004 | 🔵33 | Judge Marianne B. Bowler : ORDER entered ORDER OF DETENTION as to Ablolom Woldeslassie (Bowler, Marianne) (Entered: 07/28/2004) |
| 07/29/2004 | 🔵34 | Letter (non-motion) regarding memorandum and order re:detention as to Ablolom Woldeslassie (Flaherty, Elaine) (Entered: 07/29/2004) |
| 09/08/2004 | 🔵 | electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler :Status Conference as to Justin Teal, Karl Thompson, Ablolom Woldeslassie, Roland Worrell held on 9/8/2004; David Tobin for the govt.; Attys. Greenberg, Byrne and Andrews for the defts.; Atty. Greenberg also standing in for Atty. Gioia; Counsel for the defts. request additional time; Govt. is amenable; Further status set for October 22, 2004; All parties agree to exclude the time from today to October 22, 2004; Govt.to file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 09/08/2004) |
| 09/09/2004 | 🔵35 | MOTION to Exclude *Time* as to Justin Teal, Karl Thompson, Ablolom Woldeslassie, Roland Worrell by USA. (Tobin, David) (Entered: 09/09/2004) |
| 09/10/2004 | 🔵 | Judge Marianne B. Bowler : electronic ORDER entered granting 35 |

| | | |
|---|---|---|
| | | Motion to Exclude as to Justin Teal (1), Karl Thompson (2), Ablolom Woldeslassie (3), Roland Worrell (4) (Bowler, Marianne) (Entered: 09/10/2004) |
| 10/22/2004 | 36 | Assented to MOTION to Exclude *Time* as to Justin Teal, Karl Thompson, Ablolom Woldeslassie, Roland Worrell by USA. (Tobin, David) (Entered: 10/22/2004) |
| 10/22/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler:Further status conference for Justin Teal, Karl Thompson, Ablolom Woldeslassie and Roland Worrell held on 10/22/2004; David Tobin for the govt.; James Greenberg (also covering for Randy Gioia), Paige Kelly for Katherine Byrne and Michael Andrews for the defts.; Counsel for the defts. asks for additional time and the govt. is amenable; Further status conference set for 11/23/2004 at 10:30 AM; Parties agree to exclude the time from today to 11/23/2004 and the govt. will file an assented to motion. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 10/22/2004) |
| 10/25/2004 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 36 Motion to Exclude as to Justin Teal(1), Karl Thompson(2), Ablolom Woldeslassie(3) and Roland Worrell(4). (Bowler, Marianne) (Entered: 10/25/2004) |
| 10/28/2004 | 37 | SUPERSEDING INDICTMENT as to Justin Teal (1) count(s) 1s-2s, 4s, 5s, 6s, Karl Thompson (2) count(s) 5s, 6s, Ablolom Woldeslassie (3) count(s) 2s-3s, 5s, 7s, 8s. (Gawlik, Cathy) (Entered: 10/29/2004) |
| 10/29/2004 | 38 | Judge Richard G. Stearns : ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: pretrial proceedings re: Superseding Indictment as to Justin Teal, Karl Thompson, Ablolom Woldeslassie (Gawlik, Cathy) (Entered: 10/29/2004) |
| 11/03/2004 | 39 | NOTICE OF HEARING as to Justin Teal, Karl Thompson and Ablolom Woldeslassie: Arraignment on the superseding indictment is set for 11/12/2004 at 2:30 PM in Courtroom 25 before Magistrate Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 11/03/2004) |
| 11/09/2004 | 40 | MOTION to Continue Arraignment on the Superseding Indictment for Justin Teal, Karl Thompson and Ablolom Woldeslassie by USA, Justin Teal, Karl Thompson and Ablolom Woldeslassie. (Saccoccio, Dianalynn) (Entered: 11/09/2004) |
| 11/09/2004 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 40 Motion to Continue as to Justin Teal(1), Karl Thompson(2) and Ablolom Woldeslassie (3). (Bowler, Marianne) (Entered: 11/09/2004) |
| 11/09/2004 | 41 | MOTION to Continue to 11/23/04 to continue arraignment as to Justin Teal, Karl Thompson, Ablolom Woldeslassie, Roland Worrell by Justin Teal. (Flaherty, Elaine) (Entered: 11/10/2004) |
| 11/16/2004 | | Motions terminated as to Justin Teal, Karl Thompson, Ablolom |

| | | |
|---|---|---|
| | | Woldeslassie, Roland Worrell : 41 MOTION to Continue, as duplicative of docket entry #40. (Flaherty, Elaine) (Entered: 11/16/2004) |
| 11/22/2004 | 42 | NOTICE OF ATTORNEY APPEARANCE David G. Tobin appearing for USA. (Tobin, David) (Entered: 11/22/2004) |
| 11/23/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler:Arraignment on the superseding indictment and further status conference for Justin Teal (1) counts 1s, 2s, 4s, 5s and 6s, Karl Thompson (2) counts 5s, 6s and Ablolom Woldeslassie (3) counts 2s, 3s, 5s, 7s and 8s held on 11/23/2004; Patrick Hamilton for the govt.; James Greenberg for deft. Teal and also standing in for Randolph Gioia for deft. Woldeslassie; Michael Andrews for deft. Thompson; Defts. waive the reading of the indictment in its entirety and plead not guilty to all counts; Counsel for the defts. request a status conference be set; Initial status conference set for 12/23/2004 at 10:00 AM; Parties agree that time need not be excluded as there is 28 days automatically excluded in light of the superseding indictment; Defts. are remanded to the custody of the U.S. Marshals. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 11/23/2004) |
| 12/21/2004 | | Set/Reset Hearings for Justin Teal, Karl Thompson and Ablolom Woldeslassie: Status conference reset for 12/23/2004 at 11:00 AM in Courtroom 25 before Magistrate Judge Marianne B. Bowler; PLEASE NOTE:TIME CHANGE ONLY. (Saccoccio, Dianalynn) (Entered: 12/21/2004) |
| 12/22/2004 | 43 | TRANSCRIPT of Detention Hearing as to Ablolom Woldeslassie held on June 21, 2004 before Judge Bowler. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508-384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/22/2004) |
| 12/22/2004 | 44 | TRANSCRIPT of Detention Hearing as to Ablolom Woldeslassie held on June 25, 2004 before Judge Bowler. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508-384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/22/2004) |
| 12/23/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler:Status conference for Justin Teal, Karl Thompson and Ablolom Woldeslassie held on 12/23/2004; David Tobin for the govt.; Michael Andrews and Randy Gioia for the defts. Thompson and Woldeslassie; Randy Gioia also covering for James Greenberg for deft. Teal; The Govt. to respond to written requests of counsel by 12/30/2004; Discovery motions are to be filed by 1/21/2005; Parties agree to exclude the time from 12/30/2004 to 1/21/2005 and the govt. will file an assented to motion. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 12/23/2004) |
| 12/29/2004 | 45 | Assented to MOTION to Exclude *Time* as to Justin Teal, Karl Thompson, |

| | | |
|---|---|---|
| | | Ablolom Woldeslassie by USA. (Tobin, David) (Entered: 12/29/2004) |
| 01/03/2005 | ⦶ | Judge Marianne B. Bowler: Electronic ORDER entered granting 45 Motion to Exclude as to Justin Teal(1), Karl Thompson(2) and Ablolom Woldeslassie(3). (Bowler, Marianne) (Entered: 01/03/2005) |
| 01/05/2005 | ⦶ | Judge Richard G. Stearns : ElectronicORDER entered granting 31 Motion for Transcript at Government Expense as to Karl Thompson (2). (Johnson, Mary) (Entered: 01/06/2005) |
| 01/13/2005 | ⦶46 | MOTION to Revoke *Detention Order* as to Karl Thompson. (Andrews, Michael) (Entered: 01/13/2005) |
| 01/21/2005 | ⦶47 | MOTION for Extension of Time to February 11, 2005 to File Response/Reply as to 46 MOTION to Revoke *Detention Order* as to Karl Thompsonby USA. (Tobin, David) (Entered: 01/21/2005) |
| 01/21/2005 | ⦶48 | TRANSCRIPT of Detention Hearing as to Justin Teal held on May 5, 2004 before Judge Bowler. Tape Transcribed by Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting Maryann Young at 508-384-2003 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/21/2005) |
| 01/24/2005 | ⦶ | Judge Marianne B. Bowler: Electronic ORDER entered granting in part and denying in part 47 Motion for Extension of Time to File Response/Reply as to Karl Thompson(2). The government shall file a response by February 4, 2005 and this court will conduct a hearing on February 8, 2005 at 2:30 p.m. (Bowler, Marianne) (Entered: 01/24/2005) |
| 01/27/2005 | ⦶49 | Assented to MOTION to Exclude *Time* as to Justin Teal, Karl Thompson, Ablolom Woldeslassieby USA. (Tobin, David) (Entered: 01/27/2005) |
| 01/27/2005 | ⦶ | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Further status conference for Justin Teal, Karl Thompson and Ablolom Woldeslassie held on 1/27/2005; David Tobin for the govt., James Greenberg, Michael Andrews and Randy Gioia for the defts.; Date for dispositive motions set for 3/4/2005; Final status set for 3/8/2005 at 2:30 PM; Parties agree to exclude the time from today to 3/4/2005 and the govt. will file the assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 01/31/2005) |
| 01/28/2005 | ⦶ | Judge Marianne B. Bowler: Electronic ORDER entered granting 49 Motion to Exclude as to Justin Teal(1), Karl Thompson(2) and Ablolom Woldeslassie(3). (Bowler, Marianne) (Entered: 01/28/2005) |
| 02/09/2005 | ⦶50 | Opposition by USA as to Karl Thompson re 46 MOTION to Revoke *Detention Order* (Tobin, David) (Entered: 02/09/2005) |
| 02/22/2005 | ⦶ | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Hearing on Review of Detention Order as to Karl Thompson held on 2/22/2005. AUSA Tobin present for the Govt. Atty. Michael Andrews present for the deft. Deft. present. After hearing, the matter is taken "under advisement". (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 2/22/2005 (Johnson, Mary). (Entered: 02/22/2005) |

| | | |
|---|---|---|
| 02/23/2005 | 51 | Letter (non-motion) regarding Discovery as to Ablolom Woldeslassie (Tobin, David) (Entered: 02/23/2005) |
| 02/23/2005 | 52 | Judge Richard G. Stearns : Memorandum and ORDER entered denying 46 Motion to Revoke as to Karl Thompson (2) (Flaherty, Elaine) (Entered: 02/23/2005) |
| 03/08/2005 | 53 | Assented to MOTION to Exclude *Time* as to Justin Teal, Karl Thompson, Ablolom Woldeslassieby USA. (Tobin, David) (Entered: 03/08/2005) |
| 03/08/2005 | ❏ | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Further status conference for Justin Teal, Karl Thompson and Ablolom Woldeslassie held on 3/8/2005; David Tobin for the govt.; James Greenberg and Randy Gioia for the defts.; Randy Gioia also standing in for counsel for deft. Thompson; Counsel for deft. Woldeslassie asks for a date to file a motion to suppress;The court sets a deadline to file a motion to suppress by 3/25/2005; Counsel for defts. also request an additional status conference and the govt. is amenable; A further status conference is set for 5/4/2005 at 2:30 PM; Parties agree to exclude the time from today to 5/4/2005 and the govt. will file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 03/09/2005) |
| 03/09/2005 | ❏ | Judge Marianne B. Bowler: Electronic ORDER entered granting 53 Motion to Exclude as to Justin Teal(1), Karl Thompson(2) and Ablolom Woldeslassie(3). (Bowler, Marianne) (Entered: 03/09/2005) |
| 05/04/2005 | ❏ | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Further status conference for Justin Teal, Karl Thompson and Ablolom Woldeslassie held on 5/4/2005; David Tobin for the govt.; James Greenberg, Michael Andrews and Randy Gioia for the defts.; Counsel for deft. Teal requests that the case is returned to the district court for a change of plea; Counsel for deft. Woldeslassie asks that the case is returned to the district court to hear the motion to suppress that is being filed today; Counsel for deft. Thompson states that discovery is complete and that the deft. may join in deft. Woldeslassie's motion; The court will file a final status report forthwith. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 05/04/2005) |
| 05/04/2005 | 54 | MOTION to Suppress *Unreliable Eyewitness Testimony* as to Ablolom Woldeslassie. (Gioia, Randolph) (Entered: 05/04/2005) |
| 05/04/2005 | 55 | MEMORANDUM in Support by Ablolom Woldeslassie re 54 MOTION to Suppress *Unreliable Eyewitness Testimony* (Gioia, Randolph) (Entered: 05/04/2005) |
| 05/04/2005 | 56 | Magistrate Judge Marianne B. Bowler: ORDER entered; REPORT AND ORDER on Final Status Conference for Justin Teal, Karl Thompson and Ablolom Woldeslassie (Saccoccio, Dianalynn) (Entered: 05/05/2005) |
| 05/04/2005 | ❏ | Judge update in the case of Justin Teal, Karl Thompson, Ablolom Woldeslassie and Roland Worrell; Magistrate Judge Marianne B. Bowler no longer assigned to the case. (Saccoccio, Dianalynn) (Entered: |

| | | 05/05/2005) |
|---|---|---|
| 05/06/2005 | ❶57 | NOTICE of Initial Pre-Trial/Trial Assignment Conference as to Justin Teal, Karl Thompson, Ablolom Woldeslassie, Roland Worrell, entered. (Johnson, Mary) (Entered: 05/06/2005) |
| 05/06/2005 | ❍ | Notice of correction to docket made by Court staff. Correction: date of Initial Pre-Trial/Trial Assignment Conference corrected because: incorrect date as to Justin Teal, Karl Thompson, Ablolom Woldeslassie, Roland Worrell."the correct date is FRIDAY, MAY 13, 2005 AT 2:30 p.m., not May 12. (Johnson, Mary) (Entered: 05/06/2005) |
| 05/13/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Initial Pre-Trial/Trial Assignment Conference as to Justin Teal, Karl Thompson, Ablolom Woldeslassie, Roland Worrell held on 5/13/2005. AUSA Tobin present for the Govt. Atty. Greenberg present for deft. Teal. Atty. Andrews present for deft. Thompson. Atty. Gioia present for deft. Woldeslassie, and Atty. Byrne present for deft. Worrell. Atty. Greenberg on behalf of deft. Teal filed a Motion for Preparation of Pre-Plea Presentence Report,and that motion is ALLOWED. The Probation Dept. will be ordered to prepare a pre-plea PSR for deft. Justin Teal. Atty. Byrne on behalf of deft. Worrell advised the Court that her client has plead guilty to similar charges before Chief Judge Young to a Superseding Information, and is awaiting sentencing before Chief Judge Young. Once deft. Worrell has been sentenced by that Court, the Government will move to dismiss the Indictment in this case as against deft. Worrell. As to defts. Thompson and Woldeslassie,they both wish to go to trial and the Court sets a trial date of September 19, 2005 at 9:00 A.M. Atty. Gioia advises the Court that he is appointed counsel in a capital case before Judge Gertner, and that case is scheduled for trial in September, 2005 and is expected to be lengthy. The Court therefore finds that in the interests of justice, Atty. Gioia should be removed from the instant case, and that successor counsel be appointed for deft. Woldeslassie. The matter will be referred back to Magistrate Judge Bowler for appointment of successor counsel to deft. Woldeslassie. The Clerk will issue a Trial Order to counsel for September 19, 2005. Adjourn 3:05 P.M. (Court Reporter James Gibbons.) (Johnson, Mary). (Entered: 05/13/2005) |
| 05/13/2005 | ❶58 | Judge Richard G. Stearns : Electronic ORDER entered. ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: Appointment of successor counsel to Atty. Gioia per Order of Stearns, DJ as to Ablolom Woldeslassie. (Johnson, Mary) (Entered: 05/13/2005) |
| 05/13/2005 | ❶59 | MOTION for Preparation of a Pre-Plea Presentence Report as to Justin Teal, filed in open Court.. (Johnson, Mary) (Entered: 05/13/2005) |
| 05/13/2005 | ❍ | Judge Richard G. Stearns : Electronic ORDER entered granting 59 Motion as to Justin Teal (1). (Johnson, Mary) (Entered: 05/13/2005) |
| 05/13/2005 | ❶60 | Judge Richard G. Stearns : Electronic ORDER entered. as to Justin Teal. |

| | | |
|---|---|---|
| | | (Johnson, Mary) (Entered: 05/13/2005) |
| 05/18/2005 | 61 | Judge Richard G. Stearns : Electronic ORDER entered. PRETRIAL ORDER as to Karl Thompson, Ablolom Woldeslassie. Time excluded from 5/13/2005 until 9/19/2005. Jury Selection set for 9/19/2005 09:00 AM in Courtroom 21 before Judge Richard G. Stearns. Jury Trial set for 9/19/2005 09:00 AM in Courtroom 21 before Judge Richard G. Stearns. Voir Dire set for 9/19/2005 09:00 AM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 05/18/2005) |
| 05/18/2005 | 62 | Magistrate Judge Marianne B. Bowler: ORDER entered; CJA 20 for Ablolom Woldeslassie: Appointment of Attorney James S. Dilday for Ablolom Woldeslassie. (Saccoccio, Dianalynn) (Entered: 05/18/2005) |
| 05/18/2005 | ❍ | Judge update in the case of Ablolom Woldeslassie; Magistrate Judge Marianne B. Bowler no longer assigned to the case. (Saccoccio, Dianalynn) (Entered: 05/18/2005) |
| 08/10/2005 | 63 | MOTION to Continue Trial Date as to Ablolom Woldeslassie, filed.. (Johnson. Mary) (Entered: 08/16/2005) |
| 08/19/2005 | ❍ | Judge Richard G. Stearns : Electronic ORDER entered granting 63 Motion to Continue as to Ablolom Woldeslassie (3). "trial as to Ablolom Waldeslassie and Karl Thomson is re-scheduled to NOVEMBER 14, 2005 at 9:00 A.M." (Johnson, Mary) Modified on 8/23/2005 (Johnson, Mary). (Entered: 08/23/2005) |
| 08/23/2005 | 64 | Opposition by USA as to Ablolom Woldeslassie re 54 MOTION to Suppress *Unreliable Eyewitness Testimony* (Tobin, David) (Entered: 08/23/2005) |
| 09/14/2005 | 65 | NOTICE OF HEARING ON MOTION as to Ablolom Woldeslassie Motion Hearing set for 11/4/2005 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 09/14/2005) |
| 10/31/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Case called for change of plea hearing as to Justin Teal on 10/31/2005. AUSA Tobin present for the Govt. Atty. Greenberg present for the deft. Deft. sworn. After colloquy with the Court, and after the Government informed counsel and the Court that a 21 USC 851 Information has just been filed, the defendant advises the Court that he is not prepared to go forward today and requests a further continuance of the plea hearing. Matter re-scheduled to November 8, 2005 at 4:00 P.M. Deft. remains in FEDERAL custody. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 11/1/2005 (Johnson, Mary). (Entered: 11/01/2005) |
| 10/31/2005 | 69 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Justin Teal, filed. (Flaherty, Elaine) (Entered: 11/09/2005) |
| 11/04/2005 | 66 | MOTION to Continue *Trial Date* as to Karl Thompson. (Andrews, Michael) Additional attachment(s) added on 11/9/2005 (Flaherty, Elaine). (Entered: 11/04/2005) |
| | | |

| | | |
|---|---|---|
| 11/04/2005 | ●67 | Govt's Ex Parte MOTION for Protective Order for Non-Disclosureof Information as to Ablolom Woldeslassie filed UNDER SEAL by USA. (Johnson, Mary) (Entered: 11/04/2005) |
| 11/04/2005 | ● | Judge Richard G. Stearns : ElectronicORDER entered withdrawing 54 Motion to Suppress as to Ablolom Woldeslassie (3); granting 67 Motion for Protective Order as to Ablolom Woldeslassie (3). (Johnson, Mary) (Entered: 11/04/2005) |
| 11/04/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Case called for hearing on deft's motion to suppress as to Ablolom Woldeslassie on 11/4/2005. AUSA Tobin present for the Govt. Attys. Dilday and Demissie present with the defendant. Deft. withdraws his motion to suppress and requests the Court to order the preparation of a pre-plea presentence report. Court so allows. Clerk to prepare Order for the Probation Department for the preparation of said report. Adjourn 3:00 P.M. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 11/7/2005 (Johnson, Mary). (Entered: 11/07/2005) |
| 11/07/2005 | ● | Judge Richard G. Stearns : Electronic ORDER entered granting 66 Motion to Continue as to Karl Thompson (2). "Allowed in the interests of justice. Trial is re-scheduled to MONDAY, JANUARY 23, 2006 AT 9:00 A.M. as to defts. Thomson and Waldeslassie (deft. Waldeslassie having joined in the motion). Time is excluded from 11-7-05 to 1-23-06). SO ORDERED." By Order of the Court, M. H. Johnson, Deputy Clerk. (Johnson, Mary) Modified on 11/7/2005 (Johnson, Mary). (Entered: 11/07/2005) |
| 11/07/2005 | ●68 | Judge Richard G. Stearns : ORDER FOR PREPARATION OF PRE-PLEA PSR entered. as to Ablolom Woldeslassie. (Johnson, Mary) Modified on 12/8/2005 (Johnson, Mary). (Entered: 11/07/2005) |
| 11/08/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Further Change of Plea Hearing as to Justin Teal held on 11/8/2005. AUSA Tobin present for the Govt. Atty. Greenberg present for the deft. Court continues colloquy with the defendant as previously held on Oct. 31, 2005. After hearing, the Court accepts the deft's guilty pleas as to Counts 1, 2, 4, 5 and 6 of the Superseding Indictment (no plea agreement). Sentencing is scheduled for January 19, 2006 at 3:00 P.M. Deft. remains in Federal custody. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 11/9/2005 (Johnson, Mary). (Entered: 11/09/2005) |
| 11/08/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Richard G. Stearns :Plea entered by Justin Teal (1) Guilty Count 1s-2s,4s,5s,6s. (Court Reporter James Gibbons.) (Johnson, Mary) (Entered: 11/09/2005) |
| 11/09/2005 | ● | Notice of correction to docket made by Court staff. Correction: #66 corrected because: was unsigned as to Karl Thompson (Flaherty, Elaine) (Entered: 11/09/2005) |
| 11/14/2005 | ●70 | MOTION for Order *for Pre-Plea Presentence Report* as to Karl Thompson. (Andrews, Michael) (Entered: 11/14/2005) |

| 11/15/2005 | ❍ | Judge Richard G. Stearns : Electronic ORDER entered granting 70 Motion for Order for Pre-Plea PSR as to Karl Thompson (2). (Johnson, Mary) (Entered: 11/15/2005) |
|---|---|---|
| 11/15/2005 | ❏71 | Judge Richard G. Stearns : ORDER entered. as to Karl Thompson. (Johnson, Mary) Modified on 12/8/2005 (Johnson, Mary). (Entered: 11/15/2005) |
| 12/05/2005 | ❏72 | MOTION for Authorization of Services or Funds as to Ablolom Woldeslassie, filed. (Flaherty, Elaine) (Entered: 12/07/2005) |
| 12/08/2005 | ❍ | Judge Richard G. Stearns : Electronic ORDER entered granting 72 Motion for Authorization of Services or Funds as to Ablolom Woldeslassie (3) - "not to exceed $1,000.00". (Johnson, Mary) (Entered: 12/08/2005) |
| 01/05/2006 | ❏73 | MOTION to Continue to 2/13,14,15 to disposition as to Justin Teal. (Flaherty, Elaine) (Entered: 01/05/2006) |
| 01/06/2006 | ❍ | Judge Richard G. Stearns : Electronic ORDER entered granting 73 Motion to Continue as to Justin Teal (1): Sentencing re-set for 2/15/2006 03:45 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 01/06/2006) |
| 01/10/2006 | ❏74 | MOTION to Continue *Trial Date* as to Karl Thompson. (Andrews, Michael) (Entered: 01/10/2006) |
| 01/17/2006 | ❍ | Judge Richard G. Stearns : Electronic ORDER entered granting 74 Motion to Continue as to Karl Thompson (2)."time is excluded from 1-17-06 to the new date of trial". (Johnson, Mary) Modified on 1/17/2006 (Johnson, Mary). (Entered: 01/17/2006) |
| 01/20/2006 | ❏75 | MOTION to Continue Trial filed by Ablolom Woldeslassie.. (Johnson, Mary) (Entered: 01/23/2006) |
| 01/23/2006 | ❍ | Judge Richard G. Stearns : Electronic ORDER entered granting 75 Motion to Continue as to Ablolom Woldeslassie (3). (Johnson, Mary) (Entered: 01/23/2006) |
| 01/30/2006 | ❏76 | MOTION for downward Departure and SENTENCING MEMORANUM as to Justin Teal, filed. (Flaherty, Elaine) Additional attachment(s) added on 2/2/2006 (Flaherty, Elaine). (Entered: 01/30/2006) |
| 02/02/2006 | ❍ | Notice of correction to docket made by Court staff. Correction: #76 corrected because: unsigned by attorney as to Justin Teal (Flaherty, Elaine) (Entered: 02/02/2006) |
| 02/15/2006 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Sentencing held on 2/15/2006 for Justin Teal (1). AUSA Tobin and AUSA Pelgro present for the Govt. Atty. Greenberg present for the deft. USPO Tricia Marcy present for the Probation Dept. Deft. sentenced as follows: Count(s) 1s-2s, 188 months to be served on each count, concurrent with each other. 12 years of Superised Release on each count concurrent with each other. Total Special Assessment of $500. Count(s) |

| | | |
|---|---|---|
| | | 4s, 188 months to be served, concurrent with Counts 1s and 2s. Supervised Release for 12 years, concurrent with Counts 1s and 2s.; Count(s) 5s, 188 months to be served, concurrent with Counts 1s, 2s and 4s. Supervised Release for 12 years, concurrent with Counts 1s, 2s, and 4s.; Count(s) 6s, 188 months to be served, concurrent with Counts 1s, 2s, 4s, 5s. Supervised Release for 12 years, concurrent with Counts 1s, 2s, 4s, 5s. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 2/17/2006 (Johnson, Mary). (Entered: 02/17/2006) |
| 02/22/2006 | ❑ | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Re-sentencing Hearing as to Justin Teal held on 2/22/2006. AUSA Tobin and AUSA Hershfang present for the Govt. Atty. Greenberg present with the defendant. USPO Tricia Marcy present for the Probation Dept. Court informs defendant that the sentence previously imposed on February 15, 2006 is vacated. and resentences the defendant as follows: The Court adopts the PSR, but departs downward for reasons that the career offender provision exaggerates the defendant's true criminal record. The Court finds that the otherwise applicable guideline range to be a Total Offense Level of 25, with a Criminal History Category of V, therefore finding the appropriate guideline range to be 100-125 months. " The defendant is committed to the custody of the Bureau of Prisons for a period of 120 months to be served on each count, concurrent with each other. Supervised Release for a period of 12 years on each count, concurrent with each other. with Special Conditions. Total Special Assessment of $500 to be paid forthwith. " Defendant notified of his right to appeal. Adjourn 10:30 A.M. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 2/22/2006 (Johnson, Mary). (Entered: 02/22/2006) |
| 02/22/2006 | ❑ 77 | Judge Richard G. Stearns : ORDER entered. JUDGMENT as to Justin Teal (1), Count(s) 1s-2s, 120 months to be served on each count, concurrent with each other. 12 years of Superised Release on each count concurrent with each other. Total Special Assessment of $500; Count(s) 4s, 120 months to be served, concurrent with Counts 1s and 2s. Supervised Release for 12 years, concurrent with Counts 1s and 2s.; Count(s) 5s, 120 months to be served, concurrent with Counts 1s, 2s and 4s. Supervised Release for 12 years, concurrent with Counts 1s, 2s, and 4s.; Count(s) 6s, 120 months to be served, concurrent with Counts 1s, 2s, 4s, 5s. Supervised Release for 12 years, concurrent with Counts 1s, 2s, 4s, 5s. (Johnson, Mary) (Entered: 02/22/2006) |
| 06/23/2006 | ❑ 78 | MOTION for Hearing *as to status of defendants* as to Karl Thompson, Ablolom Woldeslassie by USA. (Tobin, David) (Entered: 06/23/2006) |
| 06/26/2006 | ❑ | Judge Richard G. Stearns : Electronic ORDER entered granting 78 Motion for Hearing as to Karl Thompson (2), Ablolom Woldeslassie (3). "A Status Conference is hereby scheduled for WEDNESDAY. JULY 12, 2006 AT 3:30 P.M. before Stearns, DJ." (Johnson, Mary) Modified on 6/26/2006 (Johnson, Mary). (Entered: 06/26/2006) |
| 07/12/2006 | ❑ | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Status Conference as to Karl Thomson, Ablolom Woldeslassie |

| | | held on 7/12/2006. AUSA Tobin present for the Govt. Atty. Andrews present for deft. Thomson, and Atty. Dilday present for deft. Waldeslassie. After colloquy with the Court, a trial date of October 30, 2006 at 9 a.m. is issued for deft. Thomson, and deft. Waldeslassie will change his plea on 8-31-06 at 2:30 P.M. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 7/12/2006 (Johnson, Mary). (Entered: 07/12/2006) |
|---|---|---|
| 07/13/2006 | ⬤79 | Judge Richard G. Stearns : ORDER entered. PRETRIAL ORDER as to Karl Thomson. Time excluded from 7/13/2006 until 10/30/2006. Jury Selection set for 10/30/2006 09:00 AM in Courtroom 21 before Judge Richard G. Stearns. Jury Trial set for 10/30/2006 09:00 AM in Courtroom 21 before Judge Richard G. Stearns. Voir Dire set for 10/30/2006 09:00 AM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 07/13/2006) |
| 08/22/2006 | ⬤ | ELECTRONIC NOTICE OF RESCHEDULING as to Ablolom Woldeslassie: "the time of the Change of Plea Hearing which is scheduled for Thursday, 8/31/2006, is being moved to 03:15 PM (and not 2:30 P.M. ) in Courtroom 21 before Judge Richard G. Stearns. " M. Johnson, Deputy Clerk(Johnson, Mary) Modified on 8/22/2006 (Johnson, Mary). (Entered: 08/22/2006) |
| 08/24/2006 | ⬤80 | MOTION to Continue *Hearing* as to Ablolom Woldeslassie. (Dilday, James) (Entered: 08/24/2006) |
| 08/25/2006 | ⬤ | Judge Richard G. Stearns : Electronic ORDER entered granting 80 Motion to Continue as to Ablolom Woldeslassie (3): Change of Plea Hearing is re-scheduled to Friday, 9/15/2006 at 11:00 AM in Courtroom 21 before Judge Richard G. Stearns. Time excluded from 8-24-06 to 9-15-06. (Johnson, Mary) Modified on 8/25/2006 (Johnson, Mary). (Entered: 08/25/2006) |
| 09/14/2006 | ⬤81 | SENTENCING MEMORANDUM by Ablolom Woldeslassie (Dilday, James) (Entered: 09/14/2006) |
| 09/15/2006 | ⬤ | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : case called for change of plea hearing as to Ablolom Woldeslassie on 9/15/2006. AUSA Tobin present for the Govt. Attys. Dilday and Robinson present for the deft. USPO Susan Walls present for the Probation Dept. Atty. Dilday informs the Court that the defendant is not prepared to go forward on this date with the plea hearing. The Govt. and Atty. Dilday inform the Court that there is still an issue of the drugs being weighed by the chemist. AUSA Tobin informed the Court that he will look into the matter and try to get it resolved as quickly as possible. Trial shall therefore commence with the co-defendant , Karl Thomson , on October 30, 2006 at 9:00 a.m. Deft. remains in Federal custody. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 9/15/2006 (Johnson, Mary). (Entered: 09/15/2006) |
| 10/05/2006 | ⬤82 | EXHIBIT/WITNESS LIST by USA as to Karl Thompson, Ablolom Woldeslassie (Tobin, David) (Entered: 10/05/2006) |

| 10/05/2006 | 🌑83 | EXHIBIT/WITNESS LIST by USA as to Karl Thompson, Ablolom Woldeslassie (Tobin, David) (Entered: 10/05/2006) |
|---|---|---|
| 10/25/2006 | 🌑 | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Change of Plea Hearing as to Ablolom Woldeslassie held on 10/25/2006. Defendant informs the Court that he does not wish to enter a guilty plea, and would like to go to trial. Trial before Judge Richard Stearns set for 11/27/06 at 9:00 a.m. Defendant remanded to the custody of the U.S. Marshal. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/25/2006) |
| 10/25/2006 | 🌑 | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Change of Plea Hearing as to Karl Thompson held on 10/25/2006. Plea entered by Karl Thompson (2) Guilty Count 5s,6s. Sentencing to be set by Judge Richard Stearns. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/25/2006) |
| 10/25/2006 | 🌑 | Electronic NOTICE of Sentencing Hearing as to Karl Thompson: "Sentencing is scheduled for December 15, 2006 at 2:30 P.M. before Stearns, DJ." (Johnson, Mary) Modified on 10/25/2006 (Johnson, Mary). (Entered: 10/25/2006) |
| 11/06/2006 | 🌑84 | MOTION Motion for Funds as to Ablolom Woldeslassie. (Dilday, James) (Entered: 11/06/2006) |
| 11/07/2006 | 🌑 | Judge Richard G. Stearns : Electronic ORDER entered granting 84 Motion for Funds as to Ablolom Woldeslassie (3). (Johnson, Mary) (Entered: 11/07/2006) |
| 11/15/2006 | 🌑 | Judge Richard G. Stearns : Electronic ORDER entered. as to Ablolom Woldeslassie. "In anticipation of the jury trial currently scheduled for November 27, 2006, counsel are directed to file their Trial Documents electronically pursuant to the previously-issued Trial Order (see document #61), BY 12:00 NOON ON TUESDAY, NOVEMBER 21, 2006 and no later." SO ORDERED. Richard G. Stearns, USDJ. (Johnson, Mary) Modified on 11/15/2006 (Johnson, Mary). Modified on 11/15/2006 (Johnson, Mary). (Entered: 11/15/2006) |
| 11/17/2006 | 🌑 | Electronic NOTICE of hearing as to Ablolom Woldeslassie : "A change of plea hearing is hereby scheduled for TUESDAY, NOVEMBER 21, 2006 AT 3:00 P.M. in Boston, before Stearns, DJ. If the matter is to be held in Springfield, counsel will be notified by the clerk. Please report to Courtroom #21, 7th Floor, U. S. Courthouse, Boston, MA unless otherwise notified." M. Johnson, Deputy Clerk. (Johnson, Mary) Modified on 11/17/2006 (Johnson, Mary). Modified on 11/17/2006 (Johnson, Mary). (Entered: 11/17/2006) |
| 11/21/2006 | 🌑 | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Change of Plea Hearing as to Ablolom Woldeslassie held on 11/21/2006. AUSA Tobin present for the Govt. Attys. Dilday and Robinson present with the deft. Deft. sworn. After hearing, deft. pleads guilty (no pleaa greement) to Counts 2, 3 and 8 of the Superseding Indictment. Guilty pleas are accepted by the Court. Sentencing scheduled |

| | | |
|---|---|---|
| | | for January 11, 2007 at 2:00 P.M. Deft. remains in Federal custody. (Note: Counts 1, 5 and 7 will be dismissed by the Govt. at time of sentencing). (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 11/27/2006 (Johnson, Mary). (Entered: 11/27/2006) |
| 11/21/2006 | ❏ | ElectronicClerk's Notes for proceedings held before Judge Richard G. Stearns :Plea entered by Ablolom Woldeslassie (3) Guilty Count 2s-3s,8s. (Court Reporter James Gibbons.) (Johnson, Mary) (Entered: 11/27/2006) |
| 12/11/2006 | 85 | MOTION for transcripts at government expense as to Ablolom Woldeslassie. (Dilday, James) (Entered: 12/11/2006) |
| 12/13/2006 | ❏ | Judge Richard G. Stearns : Electronic ORDER entered granting 85 Motion for Transcript at Government Expense as to Ablolom Woldeslassie (3). (Johnson, Mary) (Entered: 12/15/2006) |
| 12/14/2006 | 86 | SENTENCING MEMORANDUM by Karl Thompson (Andrews, Michael) (Entered: 12/14/2006) |
| 12/15/2006 | ❏ | Judge Richard G. Stearns : Electronic ORDER entered as to Roland Worrell : "Counsel for the Government and for the defendant shall file a written Status Report as to the defendant Roland Worrell on or before January 15, 2007. SO ORDERED". Richard G. Stearns, USDJ. (Johnson, Mary) Modified on 12/15/2006 (Johnson, Mary). (Entered: 12/15/2006) |
| 12/15/2006 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Sentencing held on 12/15/2006 for Karl Thompson (2). AUSA Tobin present for the Govt. Atty. Andrews present with the defendant. USPO Jennifer Sinclair present for the Probation Department. After hearing, the Court sentences the defendant outside the guideline range. Count(s) 5s, 60 months to be served. Supervised Release for 12 years upon release from custody, with Special Conditions. Total Special Assessment of $200 to be paid forthwith; Count(s) 6s, 60 months to be served, concurrent with Count 5s. Supervised Release for 12 years concurrent with Count 5s. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 12/19/2006 (Johnson, Mary). (Entered: 12/19/2006) |
| 12/20/2006 | 87 | MOTION to Dismiss *Indictment Pursuant to Rule 48(a)* as to Roland Worrellby USA. (Hamilton, Patrick) (Entered: 12/20/2006) |
| 12/20/2006 | ❏ | Judge Richard G. Stearns : Electronic ORDER entered granting 87 Motion to Dismiss as to Roland Worrell (4). (Johnson, Mary) (Entered: 12/20/2006) |
| 12/20/2006 | ❏ | Judge Richard G. Stearns : ELECTRONIC ENDORSEMENT as to Roland Worrell re 87 MOTION to Dismiss *Indictment Pursuant to Rule 48(a)* filed by USA. "LEAVE TO FILE GRANTED. INDICTMENT DISMISSED as to defendant Roland Worrell." R. G. Stearns, USDJ. (Johnson, Mary) Modified on 12/20/2006 (Johnson, Mary). (Entered: 12/20/2006) |
| 12/20/2006 | ❏ | Notice of correction to docket made by Court staff. Correction: #88 |

| | | |
|---|---|---|
| | | corrected because: it should not have been given a docket number. It is an endorsement and has been corrected and re-docketed as to Roland Worrell. (Johnson, Mary) (Entered: 12/20/2006) |
| 12/20/2006 | 88 | Judge Richard G. Stearns : ORDER entered. JUDGMENT as to Karl Thompson (2), Count(s) 5s, 60 months to be served. Supervised Release for 12 years upon release from custody, with Special Conditions. Total Special Assessment of $200 to be paid forthwith.; Count(s) 6s, 60 months to be served, concurrent with Count 5s. Supervised Release for 12 years concurrent with 5s. (Johnson, Mary) (Entered: 12/20/2006) |
| 12/20/2006 | ❏ | Case Terminated as to Justin Teal, Karl Thompson, Roland Worrell. (Johnson, Mary) Modified on 12/20/2006 (Johnson, Mary). (Entered: 12/20/2006) |
| 12/20/2006 | ❏ | Notice of correction to docket made by Court staff. Correction: docket entry of 12-20-2006 corrected because: case is not terminated as to Ablolom Waldeslassie. It was a clerical error by courtroom clerk. Case is only terminated as to Justin Teal, Karl Thompson, and Roland Worrell. Defendant Ablolom Waldeslassie remains in the case and sentencing is scheduled for January 11, 2007 at 2:00 P.M. M. Johnson, Deputy Clerk (Johnson, Mary) Modified on 12/20/2006 (Johnson, Mary). (Entered: 12/20/2006) |
| 01/03/2007 | 89 | NOTICE OF APPEAL by USA as to Karl Thompson NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. (Tobin, David) (Entered: 01/03/2007) |
| 01/05/2007 | ❏ | ELECTRONIC NOTICE OF RESCHEDULING as to Ablolom Woldeslassie: "the sentencing hearing currently scheduled for January 11, 2007 is being moved to FRIDAY, JANUARY 12, 2007 AT 2:30 P.M. before Stearns, DJ." (Johnson, Mary) Modified on 1/5/2007 (Johnson, Mary). (Entered: 01/05/2007) |
| 01/08/2007 | 90 | Response as to Ablolom Woldeslassie: (Attachments: # 1 Exhibit Plea Hearing Transcript)(Dilday, James) (Entered: 01/08/2007) |
| 01/08/2007 | 91 | Response as to Ablolom Woldeslassie: (Tobin, David) (Entered: 01/08/2007) |
| 01/11/2007 | 92 | MOTION for Protective Order as to Ablolom Woldeslassie. (Dilday, James) (Entered: 01/11/2007) |
| 01/12/2007 | ❏ | Judge Richard G. Stearns : Electronic ORDER entered finding as moot 92 Motion for Protective Order as to Ablolom Woldeslassie (3). (Johnson, Mary) (Entered: 01/12/2007) |
| 01/12/2007 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Sentencing held on 1/12/2007 for Ablolom Woldeslassie (3). AUSA Tobin present for the Govt. Attys. Dilday and Robinson present |

| | | |
|---|---|---|
| | | with the defendant. USPO Tricia Marcy present for the Probation Dept. After hearing, the Court finds the drug amount to be 4.23 grams of cocaine base, with a base offense level of 26 and the total offense level to be 23. Defendant sentenced outside advisory guideline range as follows: Count(s) 2s-3s, 37 months to be served on each count concurrent with each other. Supervised Release for 6 years concurrent with each other, with Special Conditions. Total Special Assessment of $300 to be paid forthwith; Count(s) 8s, 37 months to be served, concurrent with Counts 2s and 3s. Supervised Release for 6 years concurrent with Counts 2s and 3s. Counts 5s and 7s, as well as original Indictment, dismissed by Government with leave granted by the Court. (Court Reporter James Gibbons.) (Johnson, Mary) Modified on 1/18/2007 (Johnson, Mary). (Entered: 01/18/2007) |
| 01/19/2007 | 293 | Judge Richard G. Stearns : ORDER entered. JUDGMENT as to Ablolom Woldeslassie (3), Count(s) 2s-3s, 37 months to be served on each count concurrent with each other. Supervised Release for 6 years concurrent with each other, with Special Conditions. Total Special Assessment of $300 to be paid forthwith.; Count(s) 8s, 37 months to be served, concurrent with Counts 2s and 3s. Supervised Release for 6 years concurrent with Counts 2s and 3s. (Johnson, Mary) (Entered: 01/19/2007) |
| 01/19/2007 | ◑ | Case Terminated as to Justin Teal, Karl Thompson, Ablolom Woldeslassie, Roland Worrell. (Johnson, Mary) (Entered: 01/19/2007) |