*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

---

USDC Docket Number : 04-cr-10112

United States of America

v.

Karl Thompson

---

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1, 4-89

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/3/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 15, 2007.

Sarah A Thornton, Clerk of Court

By: /s/ 
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/22/07.

/s/ George Kaeter
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-1306

- 3/06