**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 07-1306

UNITED STATES

Appellant

v.

KARL THOMPSON

Defendant - Appellee

**JUDGMENT**

Entered: August 1, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of Appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

**ERIC H. DEININGER**
Appeals Attorney

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk
Deputy Clerk
Date: 8/1/07

[cc: Michael C. Andrews, Esq., David G. Tobin, AUSA, Dina Michael Chaitowitz, AUSA, Patrick M. Hamilton, AUSA]